STATE OF NORTH CAROLINA v. RALPH PATE

No. 263A83

(Filed 3 November 1983)

APPEAL by defendant pursuant to G.S. § 7A-30(2) from a decision of the Court of Appeals, one judge dissenting, filed 3 May 1983, finding no error in his conviction of second degree murder and the imposition of a sentence of imprisonment entered at the 26 April 1982 Session of Superior Court, UNION County. 62 N.C. App. 137, 302 S.E. 2d 286 (1983). Heard 5 October 1983.

*Rufus L. Edmisten, Attorney General, by William F. Briley, Assistant Attorney General, for the State.*

*W. J. Chandler, Attorney for defendant-appellant.*

PER CURIAM.

Defendant presents only one issue for review—whether the trial court erred in failing to instruct the jury on the issue of self-defense. We have carefully reviewed the opinion of the Court of Appeals, the record on appeal, and the briefs and authorities relating to defendant's contentions. We conclude that the result reached by the majority below, its reasoning, and the legal principles enunciated by it are correct.

The decision of the Court of Appeals is

Affirmed.